**THIRD DIVISION
DOYLE, P. J.,
McFADDEN, P. J., and HODGES, J.**

**NOTICE: Motions for reconsideration must be _physically received_ in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules**

**September 15, 2022**

# In the Court of Appeals of Georgia

A20A0784. DOE v. SAINT JOSEPH'S CATHOLIC CHURCH et al.

DOYLE, Presiding Judge.

In _Doe v. Saint Joseph's Catholic Church_,[1] this Court affirmed the trial court's grant of the defendants' motion to dismiss Philip Doe's complaint. Doe appealed to the Supreme Court of Georgia, which affirmed our judgment in part and reversed in part.[2] We therefore vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

_Judgment affirmed in part and reversed in part. McFadden, P. J., and Hodges, J., concur._

---

[1] 357 Ga. App. 710 (850 SE2d 267) (2020).

[2] See _Doe v. St. Joseph's Catholic Church_, 313 Ga. 558 (870 SE2d 365) (2022).